UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE


UNITED STATES OF AMERICA )
)
v. ) NO. 2:11-CR-63(06)
)
JOSHUA ROBERTS )


**O R D E R**

This criminal matter is before the Court to consider the Report and Recommendation of the

United States Magistrate Judge dated September 19, 2013. [Doc. 145].    The Magistrate Judge

recommends that the defendant's motion to suppress motel keys seized from his pocket be denied.

The defendant has filed an objection to this report. [Doc. 152].

After careful and *de novo* consideration of the Report and Recommendation of the United

States Magistrate Judge, the defendant's motion to suppress, the response of the government, and

for the reasons set out in that  Report and Recommendation which are incorporated by reference

herein,   it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and

**APPROVED**, and that the defendant's motion to suppress evidence is **DENIED.** [Doc. 92].

ENTER:


s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE